AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN     **DISTRICT OF**     FLORIDA

00 FEB 14 PH 12: 04

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

**CIGNA PROPERTY AND CASUALTY,**

as subrogee of Richard Rader,

**SUMMONS IN A CIVIL CASE**

v.

CASE NUMBER 00-6216

**R.P.M. DIESEL ENGINE CO., DETROIT
DIESEL CORPORATION and STURDY
CORPORATION,**

**CIV-LENARD**

MAGISTRATE
TURNOFF

TO: (Name and address of defendant)
    **Brosshardt & Edwards, P.A., Registered Agent for RPM Diesel
    1600 S.E. 17th Street - Suite 405
    Fort Lauderdale, FL 33316**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    **MARK F. DICKSON, ESQ.
    FERTIG AND GRAMLING
    200 S.E. 13TH STREET
    FORT LAUDERDALE, FL 33316**

an answer to the complaint which is herewith served upon you, within     **20 DAYS**     days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK
    **Clarence Maddox**

(BY) DEPUTY CLERK

*C.L. Jordan*

DATE

*February 14, 2000*