AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

00 FEB 14 PM 12:06

CLERK U.S. DIST. CT.
S.D. OF FLA -FTL

CIGNA PROPERTY AND CASUALTY,
as subrogee of Richard Rader,

v.

R.P.M. DIESEL ENGINE CO., DETROIT DIESEL CORPORATION and STURDY CORPORATION,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 00-6216

CIV LENARD

MAGISTRATE
TURNOFF

TO: (Name and address of defendant)
CT Corporation System as Registered Agent for DETROIT DIESEL CORPORATION
1200 S. Pine Island Road
Plantation, FL 33324

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MARK F. DICKSON, ESQ.
FERTIG AND GRAMLING
200 S.E. 13TH STREET
FORT LAUDERDALE, FL 33316

an answer to the complaint which is herewith served upon you, within **20 DAYS** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK
Clarence Maddox

(BY) DEPUTY CLERK
Q. Jordan

DATE
February 14, 2000