AO 440 (Rev. 10/93) Summons in a Civil Action

00-6216-CIV-Lenard

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 2/15/2000 2:01 PM |
| NAME OF SERVER (Print) M. Cortes | TITLE SPECIAL PROCESS SERVER |

00 FEB 17 PM 12:59
CLERK, U.S. DIST. CT.
S.D. OF FLA. -FTL

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Reginald Morris / Atty. for Law Firm.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/15/2000 2:01 PM
Date

Signature of Server  #367

STERLING PROCESS SERVICES, INC.
521 S. Andrews Ave. Suite 10
FORT LAUDERDALE, FL 33301
(954) 467-2088
Address of Server

REC'D by _____ D.C.
INTAKE
FEB 22 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.