AO 440 (Rev. 10/93) Summons in a Civil Action

*00-6216-Civ-lenard*

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | RE'D BY | DATE 3/14/00  115A. |
|---|---|---|

| NAME OF SERVER (Print)  M. Cortes  #367 | 00 FEB 1  TIME 12:59 | TITLE  Special Process Server |

*CLERK U.S. DIST. CT.*
*S.D. OF FLA.-FTL*

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify):  Corporate Service / Anne Bouthier  as
Section Head Process for CT Corp.
1200 S. Pine Island Rd Plantation FL.

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/14/00  115pm
_____
Date

Signature of Server  #367

STERLING PROCESS SERVICES, INC.
521 S. Andrews Ave.  Suite 10
_____
Address of Server  FORT LAUDERDALE, FL 3330
(954) 467-2088

REC'D by _____ D.C.
INTAKE

FEB 22 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.