**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**IN ADMIRALTY**

CASE NO. 00-6216-CIV-LENARD/TURNOFF

**CIGNA PROPERTY AND CASUALTY,**
as subrogee of Richard Rader,

    Plaintiff,

vs.

**R.P.M. DIESEL ENGINE CO., DETROIT DIESEL CORPORATION, and STURDY CORPORATION,**

    Defendants.
_____/



FILED by _____ D.C.
APR 03 2000
CLARENCE MADDOX
CLERK U.S. DIST.
S.D. OF FLA. MIAMI

### ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court <u>sua sponte</u>. Service on Defendants RPM Diesel Engine Co. and Detroit Diesel Corporation was executed on February 15, 2000, yet neither has responded to the Complaint. Based on the Court's review of the record, it is therefore

**ORDERED AND ADJUDGED** that Plaintiff CIGNA Property and Casualty shall have up to and including April 23, 2000 within which to move for entry of default against Defendants RPM Diesel Engine Co. and Detroit Diesel Corporation or show cause why this Court should not dismiss the case for lack of prosecution.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 3 day of April, 2000.

_____
JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

cc: United States Magistrate Judge William C. Turnoff

Mark F. Dickson, Esq.
200 S.E. 13th Street
Ft. Lauderdale, Fl 33316

**00-6216-CIV-LENARD/TURNOFF**