IN THE UNITED STATE DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6216 CIV LENARD

MAGISTRATE TURNOFF

ACE PROPERTY AND CASUALTY
INSURANCE COMPANY, formerly
known as CIGNA PROPERTY AND
CASUALTY, as subrogee of
RICHARD RADER,

      Plaintiff,

vs.

R.P.M. DIESEL ENGINE CO., DETROIT
DIESEL CORPORATION and STURDY
CORPORATION,

      Defendants.
_____/

### PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW the Plaintiff, ACE PROPERTY AND CASUALTY INSURANCE COMPANY, formerly known as CIGNA PROPERTY AND CASUALTY, as subrogee of RICHARD RADER ("CIGNA"), by and through undersigned counsel and pursuant to all applicable Federal Rules Of Civil Procedure including the Local Rules of this Court, and hereby submits this its response to this Court's "Order to Show Cause" dated April 3, 2000, and in support thereof would show as follows:

Since the instant action was served on the Defendants, the parties have been actively negotiating in an effort to resolve this entire matter without further Court



intervention. As such, the Defendants have been traveling under a voluntary extension of time to respond to the complaint.

At this point, the parties are close to resolving the case and the Plaintiff has therefore not been aggressively seeking a default judgment. The Plaintiff anticipates that the case will either be settled within the next two weeks or the Defendants will file substantive responses to the Complaint. Accordingly, the Plaintiff would respectfully request that this Court not dismiss the instant action for lack of prosecution. It is not that the Plaintiff has been inattentive to the matter, but rather all parties have been actively pursuing an out of Court settlement in an effort to conserve judicial resources and put an end to the litigation as soon as practicable.

BY REASON OF THE FOREGOING, the Plaintiff, ACE PROPERTY AND CASUALTY INSURANCE COMPANY, formerly known as CIGNA PROPERTY AND CASUALTY, as subrogee of RICHARD RADER, would respectfully request that the instant matter not be dismissed for lack of prosecution and would further request that this Court permit the parties an additional two weeks to make a concerted effort to resolve the case short of further litigation.

Respectfully Submitted,

FERTIG AND GRAMLING
Attorneys for Plaintiff
200 S.E. 13th Street
Ft. Lauderdale, FL 33316
(954) 763-5020 (Broward)
(305) 945-6250 (Dade)

By: _____
　　Michael W. McLeod

F.B.N. 956831

CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a copy of the foregoing was served by facsimile and U.S. mail to: Douglas Chumbley, Carlton Fields Ward Emmanuel Smith & Cutler, PA, 100 S.E. 2nd Street, Suite 4000, Miami, FL 33131 AND Paul Smith, Loss Secretary, Mutual Marine Office, 330 Madison Avenue, New York, NY 10017, this 21 day of April, 2000.

                                          FERTIG AND GRAMLING
                                        Attorneys for Plaintiff
                                        200 S.E. 13th Street
                                        Ft. Lauderdale, FL 33316
                                        (954) 763-5020 (Broward)
                                        (305) 945-6250 (Dade)

                                        By: _____
                                            Michael W. McLeod

H:\LIB\EDSI\DOCS\7663\291020.WPD/lla               F.B.N. 956831