IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6216 CIV LENARD
Magistrate Turnoff

ACE PROPERTY AND CASUALTY
INSURANCE COMPANY, formerly
known as CIGNA PROPERTY AND
CASUALTY, as subrogee of Richard Rader,

    Plaintiff,

vs.

R.P.M. DIESEL ENGINE CO., DETROIT
DIESEL CORPORATION and STURDY
CORPORATION,

    Defendants.
_____/



## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, MICHAEL W. McLEOD, hereby appears as co-counsel of record for Plaintiff, ACE PROPERTY AND CASUALTY INSURANCE COMPANY, formerly known as CIGNA PROPERTY AND CASUALTY, as subrogee of Richard Rader, in the above styled cause.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed to: Douglas Chumbley, Carlton Fields Ward Emmanuel Smith & Cutler, PA, 100 S.E. 2nd Street, Suite 4000, Miami, FL 33131 AND Paul Smith, Loss Secretary, Mutual Marine Office, 330 Madison Avenue, New York, NY 10017, this ___ day of April, 2000.

                      FERTIG AND GRAMLING
                      Attorneys for Plaintiff
                      200 S.E. 13th Street
                      Ft. Lauderdale, FL 33316
                      (954) 763-5020 (Broward)
                      (305) 945-6250 (Dade)

                      By: _____
                      Michael W. McLeod
                      F.B.N. 956831