

FILED

MAY 8 2000

CL... ... ... ...X
CL... U.... ... ... .A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No: 00-6216-CIV-LENARD
MAGISTRATE: TURNOFF

CIGNA PROPERTY AND CASUALTY,
as subrogee of Richard Rader,

        Plaintiff,

   vs.

R.P.M. DIESEL ENGINE CO., DETROIT
DIESEL CORPORATION and STURDY
CORPORATION,

        Defendants.

_____/

### DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS
### AND CORPORATE DISCLOSURE STATEMENT

Defendant, Detroit Diesel Corporation, by and through undersigned counsel, and pursuant to the Court's Order dated April 24, 2000, hereby certifies that the persons or entities listed below may have an interest in the outcome of this litigation.

1. Penske Corporation

2. Daimler Chrysler GMBH

Case No: 00-6216-CIV-LENARD
MAGISTRATE: TURNOFF

3. Florida Detroit Diesel Allison, Inc.

Respectfully Submitted,

CARLTON, FIELDS, WARD,
EMMANUEL, SMITH & CUTLER, P.A.

Attorneys for Detroit Diesel Corporation
NationsBank Tower at International Place
100 Southeast Second Street, Suite 4000
Miami, Florida 33131
Phone: (305) 530-0050
Fax: (305) 530-0055
e-mail: dchum@carltonfields.com

By:_____
DOUGLAS J. CHUMBLEY
Florida Bar No. 0356301

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via U.S. Mail this 8th day of May, 2000 to **Mark F. Dickson, Esq.**, Counsel for Plaintiff, Fertig and Gramling, 200 S.E. 13th Street, Fort Lauderdale, Florida 33316.

2066414

2