UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6216-CIV-LENARD/TURNOFF

CIGNA PROPERTY AND CASUALTY, as
subrogee of Richard Rader,

    Plaintiff(s),

vs.

DETROIT DIESEL CORPORATION,

    Defendant(s).
_____/

FILED by JG D.C.
MAY 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIA.

NOTICE OF COURT PRACTICE UPON
PARTY'S NOTICE OF SETTLEMENT

**THIS CAUSE** came before the Court upon the plaintiff's May 17, 2000 telephonic notice of settlement.

**THE PARTIES** are notified that the parties shall file all papers, that are related to the settlement reached by the parties, including any order of dismissal stating specific terms and conditions, on or before **May 31, 2000.** If the parties do not comply with this Order, then the court shall DISMISS the case with prejudice or set the matter immediately for trial.

**DONE AND ORDERED** in Chambers at Miami, Florida this 17 day of May, 2000.

                                                         JOAN A. LENARD
                                                         UNITED STATES DISTRICT JUDGE

Copies furnished to:

Magistrate Judge William C. Turnoff

Case No. 00-6216-CIV-LENARD/TURNOFF

Mark F. Dickson, Esq.
Fertig and Gramling
200 S.E. 13th Street
Ft. Lauderdale, FL 33316

Douglas J. Chumbley, Esq.
Carlton, Fields, Ward, Emmanuel, Smith & Cutler, P.A.
NationsBank Tower, Suite 4000
100 S.E. Second Street
Miami, FL 33131