IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6216 CIV LENARD
Magistrate Turnoff

ACE PROPERTY AND CASUALTY
INSURANCE COMPANY, formerly
known as CIGNA PROPERTY AND
CASUALTY, as subrogee of Richard Rader,

       Plaintiff,

vs.

R.P.M. DIESEL ENGINE CO., DETROIT
DIESEL CORPORATION and STURDY
CORPORATION,

       Defendants.
_____/

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME
## TO FILE VOLUNTARY DISMISSAL PAPERS

COMES NOW the Plaintiff, ACE PROPERTY AND CASUALTY INSURANCE COMPANY, formerly known as CIGNA PROPERTY AND CASUALTY, as subrogee of Richard Rader, and hereby files this its Motion for Extension of Time to File Voluntary Dismissal Papers, and in support thereof would show:

1.    An amicable settlement of all matters and things in dispute between the parties hereto is in process.

2.    Defendant R.P.M. Diesel Engine Co. has forwarded all paperwork and settlement check as of May 23, 2000.

3.    Defendants, Detroit Diesel Corporation and Sturdy Corporation, will need fourteen (14) days to issue settlement check and forward all paperwork and settlement check.

CASE NO. 00-6216 CIV LENARD
Magistrate Turnoff

WHEREFORE, the Plaintiff respectfully requests this Honorable Court enter an Order granting an additional fourteen (14) days to submit all settlement papers to Voluntarily Dismiss this matter.

Respectfully submitted,

FERTIG AND GRAMLING
Attorneys for Plaintiff
200 S.E. 13th Street
Fort Lauderdale, FL 33316
(954) 763-5020 (Broward)
(305) 945-6250 (Dade)

By: _____
Michael W. McLeod, Esq.
F.B.N. 956831

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served by mail on the following:

Douglas Chumbley, Esq.
CARLTON FIELDS WARD EMMANUEL
SMITH & CUTLER, P.A.
100 S.E. 2nd Street - Suite 4000
Miami, FL 33131

Paul Smith
MUTUAL MARINE OFFICE
330 Madison Avenue
New York, NY 10017

this 30th day of May, 2000.

FERTIG AND GRAMLING
Attorneys for Plaintiff
200 S.E. 13th Street
Fort Lauderdale, FL 33316
(954) 763-5020 (Broward)
(305) 945-6250 (Dade)

By: _____
Michael W. McLeod, Esq.
F.B.N. 956831

H:\LIB\EDS\DOCS\7663\301970.WPD/lla

-2-