IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

```
┌─────────────────────────────┐
│ FILED by VT        D.C.      │
│                             │
│   JUN   1 2000              │
│                             │
│  CLARENCE MADDOX            │
│  CLERK U.S. DIST. CT.       │
│  S.D. OF FLA.- MIAMI        │
└─────────────────────────────┘
```

CASE NO. 00-6216 CIV LENARD
Magistrate Turnoff

ACE PROPERTY AND CASUALTY
INSURANCE COMPANY, formerly
known as CIGNA PROPERTY AND
CASUALTY, as subrogee of Richard Rader,

      Plaintiff,

vs.

R.P.M. DIESEL ENGINE CO., DETROIT
DIESEL CORPORATION and STURDY
CORPORATION,

      Defendants.

_____/

## ORDER ON MOTION FOR EXTENSION OF TIME

THIS CAUSE having come before the Court upon the Plaintiff's Motion for an

Extension of Time to File Voluntary Dismissal Papers, and the Court having considered the

Motion and, and being otherwise fully advised in the premises, it is

ORDERED and ADJUDGED that said motion be and the same is GRANTED.

Parties will have fourteen days from the issuance of this Order to file all papers, that are

related to the settlement reached by the parties, including any order of dismissal stating

specific terms and conditions. If the parties do not comply with this Order, then the Court

shall dismiss the case with prejudice or set the matter immediately for trial.

DONE and ORDERED at Miami, Dade County, Florida, this _1st_ day of

_June_, 2000.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished:
Michael W. McLeod, Esq.
Douglas Chumbley, Esq.