IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



CASE NO. 00-6216 CIV LENARD
Magistrate Turnoff

ACE PROPERTY AND CASUALTY
INSURANCE COMPANY, formerly
known as CIGNA PROPERTY AND
CASUALTY, as subrogee of Richard Rader,

    Plaintiff,

vs.

R.P.M. DIESEL ENGINE CO., DETROIT
DIESEL CORPORATION and STURDY
CORPORATION,

    Defendants.
_____/

**STIPULATION FOR
VOLUNTARY DISMISSAL**

An amicable settlement of all matters and things in dispute between the parties hereto having been made, it is:

STIPULATED AND AGREED by and between the parties hereto, through their undersigned attorneys, that the above cause may be dismissed with prejudice, each party to bear its own attorney's fees and costs.

DATED this 19 day of May, 2000.

| | |
|---|---|
| FERTIG AND GRAMLING | MUTUAL MARINE OFFICE |
| Attorneys for Plaintiff | For R.P.M. Diesel Engine Co. |
| 200 S.E. 13th Street | 330 Madison Avenue |
| Fort Lauderdale, FL 33316 | New York, NY 10017 |
| 954/763-5020 | 212/551-0600 |
| 954/763-5412 (Fax) | 212/986-1310 (Fax) |

_____
Michael W. McLeod, Esq.
F.B.N. 956831
H:\LIB\EDS\DOCS\7663\298255 WPD/lla

_____
Paul Smith