IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6216 CIV LENARD
Magistrate Turnoff

ACE PROPERTY AND CASUALTY
INSURANCE COMPANY, formerly known as
CIGNA PROPERTY AND CASUALTY, as
subrogee of Richard Rader,

   Plaintiff,

vs.

R.P.M. DIESEL ENGINE CO., DETROIT
DIESEL CORPORATION and STURDY
CORPORATION,

   Defendants.
_____/

**STIPULATION FOR
VOLUNTARY DISMISSAL**

  An amicable settlement of all matters and things in dispute between the parties hereto having been made, it is:

  STIPULATED AND AGREED by and between the parties hereto, through their undersigned attorneys, that the above cause may be dismissed with prejudice as to all Defendants, each party to bear its own attorney's fees and costs.

  DATED this 13th day of June, 2000.

| | |
|---|---|
| FERTIG AND GRAMLING<br>Attorneys for Plaintiff<br>200 S.E. 13th Street<br>Fort Lauderdale, FL 33316<br>954/763-5020<br>954/763-5412 (Fax) | CARLTON FIELDS WARD EMMANUEL<br>SMITH & CUTLER, P.A.<br>Attorneys for Defendant, Detroit Diesel<br>Corporation<br>100 S.E. 2nd Street - Suite 4000<br>Miami, FL 33131<br>305/530-0050<br>305/530-0055 (Fax) |
| _____<br>Michael W. McLeod, Esq.<br>F.B.N. 956831 | _____<br>Douglas J. Chumbley, Esq.<br>F.B.N. 035680 |