# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

### CASE NO. 00-6216-CIV-LENARD/TURNOFF

CIGNA PROPERTY AND CASUALTY, as
subrogee of Richard Rader,

      Plaintiff(s),

vs.

DETROIT DIESEL CORPORATION,

      Defendant(s).

_____/



FILED by _____ D.C.

JUN 1 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIA

### ORDER OF DISMISSAL

    THIS CAUSE having come before the Court on the Stipulations for Voluntary Dismissal filed with the Court June 15, 2000, (D.E. #15 and #16), and the Court being fully advised, it is hereby,

    **ORDERED AND ADJUDGED** that this matter is DISMISSED WITH PREJUDICE. The Clerk of Court is directed to CLOSE THIS CASE forthwith. All pending motions are **DENIED as moot**. The Court shall retain jurisdiction of this action only for the purpose of enforcing the terms and conditions of the Settlement Agreement entered into by and between the parties.

    **DONE AND ORDERED** in Chambers at Miami, Florida this _16_ day of June, 2000.

                          JOAN A. LENARD
                          UNITED STATES DISTRICT JUDGE

Copies furnished to:    Magistrate Judge William C. Turnoff

Michael McLeod, Esq.
Fertig and Gramling
200 S.E. 13th Street
Ft. Lauderdale, FL 33316

Paul Smith, Esq.
Mutual Marine Office
330 Madison Avenue
New York, NY 10017

Douglas J. Chumbley, Esq.
Carlton, Fields, Ward, Emmanuel, Smith & Cutler, P.A.
NationsBank Tower, Suite 4000
100 S.E. Second Street
Miami, FL 33131

